UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
| UNITED STATES OF AMERICA, *et al.* *ex rel.* MARTINEZ, | : | 17 Civ. 1059 (ER) |
| Plaintiffs, | : | ~~[Proposed]~~ |
| | : | **UNSEALING ORDER** |
| v. | : | |
| APRIA HEALTHCARE GROUP, INC. and APRIA HEALTHCARE LLC, | : | |
| | : | |
| Defendants. | : | |
------------------------------------- x

WHEREAS, by notice dated December 15, 2020, the United States elected to intervene in the above-captioned *qui tam* action against the defendants pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4);

IT IS HEREBY ORDERED that:

1. The seal shall be lifted in this action as to this Order and any matter occurring hereafter.

2. Except as to the extent that the seal in this case was previously lifted in part pursuant to an order of this Court dated January 13, 2020, all documents filed on or before December 15, 2020, shall remain under seal, except for the Stipulation and Order of Settlement and Dismissal, the Stipulation and Order of Settlement and Release Between the United States and Relators, the relators' Corrected Second Amended Complaint, the United States' Notice of Election to Intervene, and the United States' Complaint-in-Intervention.

Dated:  December 17, 2020
        New York, NY

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J