AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By:   LI  YU
        STEVEN J. KOCHEVAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA, *et al.*  :   17 Civ. 1059 (ER)
  *ex rel*. MARTINEZ,               :
                                    :
          Plaintiffs,               :   **THE UNITED STATES'**
                                    :   **NOTICE OF ELECTION**
      v.                            :   **TO INTERVENE**
                                    :
APRIA HEALTHCARE GROUP, INC. and APRIA :
HEALTHCARE LLC,                     :
                                    :
          Defendants.               :

------------------------------------- x

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States hereby notifies the Court of its election to intervene in the above-captioned action.

Dated:  New York, NY
        December 15, 2020

                                    AUDREY STRAUSS
                                    Acting United States Attorney

                            By:         */s/ Li Yu*
                                    LI  YU
                                    STEVEN J. KOCHEVAR
                                    Assistant United States Attorneys
                                    86 Chambers Street, Third Floor
                                    New York, New York 10007
                                    Tel.: (212) 637-2734/2715
                                    Email: Li.Yu@usdoj.gov
                                           Steven.Kochevar@usdoj.gov