IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* BENJAMIN MARTINEZ, JR., CONNIE MORGAN, and CHRIS NEGRETE;<br><br>      Plaintiffs,<br>v.<br><br>APRIA HEALTHCARE GROUP, INC., and APRIA HEALTHCARE LLC,<br><br>      Defendants. | CIVIL ACTION No: 17-CV-1059 |

## [PROPOSED] ORDER DISMISSING WITH PREJUDICE THE CLAIMS BROUGHT UNDER THE ILLINOIS INSURANCE CLAIMS FRAUD PREVENTION ACT

Pursuant to the Stipulation filed in this matter by Relators and Defendants, and signed by the Office of the Illinois Attorney General, it is hereby ordered that all claims against Defendants, under the Illinois Insurance Claims Fraud Prevention Act, 740 ILCS 92/1 *et seq.* (the "ICFPA Claims"), are DISMISSED WITH PREJUDICE.

DATE: 12/29/2020                                SO ORDERED: _____
                                                                                 U.S.D.J.

3