## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* BENJAMIN MARTINEZ, JR., CONNIE MORGAN, and CHRIS NEGRETE;<br><br>Plaintiffs,<br><br>v.<br><br>APRIA HEALTHCARE GROUP, INC., and APRIA HEALTHCARE LLC,<br><br>Defendants. | **CIVIL ACTION No: 17-CV-1059** |

## [PROPOSED] ORDER DISMISSING WITH PREJUDICE RELATORS' CLAIMS FOR ATTORNEY FEES AND EXPENSES AND RETALIATION

Pursuant to the Stipulation filed in this matter by Relators and Defendants, it is hereby ordered as follows:

(1) All claims against Defendants for attorney fees and expenses, pursuant to 31 U.S.C. § 3730(d)(4) and analogous provisions of various state laws, are DISMISSED WITH PREJUDICE; and

(2) All claims against Defendants for retaliation, pursuant to 31 U.S.C. § 3730(h) and analogous provisions of various state laws, are DISMISSED WITH PREJUDICE.

DATE: ___12/29/2020___          SO ORDERED: _____

U.S.D.J.

3