IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* BENJAMIN MARTINEZ, JR., CONNIE MORGAN, and CHRIS NEGRETE; <br><br> Plaintiffs, <br> v. <br><br> APRIA HEALTHCARE GROUP, INC., and APRIA HEALTHCARE LLC, <br><br> Defendants. | CIVIL ACTION No: 17-CV-1059 |

**[PROPOSED] ORDER DISMISSING WITH PREJUDICE THE CLAIMS BROUGHT UNDER THE CALIFORNIA INSURANCE FRAUDS PREVENTION ACT (CIFPA)**

Pursuant to the Stipulation filed in this matter by Relators and Defendants it is hereby ordered that all claims against Defendants, under the California Insurance Frauds Prevention Act, Cal. Ins. Code §§ 1871.7 *et seq.* (the "CIFPA Claims"), are DISMISSED WITH PREJUDICE.

DATE: 1/12/2021                                         SO ORDERED: _____
                                                                                                U.S.D.J.

3